# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

PAUL C. IMPERIAL,

        Plaintiff,

v.                                   Case No: 6:16-cv-1431-Orl-40GJK

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## ORDER

This cause is before the Court on Plaintiff's Unopposed Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (Doc. 24) filed on August 21, 2017. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed August 24, 2017 (Doc. 25), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Unopposed Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. 2412 (Doc. 24) is **GRANTED IN PART AND DENIED IN PART**.

3. The Motion (Doc. 24) is **GRANTED** to the extent that the Court awards EAJA attorneys' fees to Plaintiff in the amount of **$5,585.98**.

4. The Motion (Doc. 24) is otherwise **DENIED**.

**DONE AND ORDERED** in Orlando, Florida on September 14, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties